# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Anza Technology, Inc.<br><br>    Plaintiff,<br><br>v.<br><br>Mushkin, Inc., a Colorado corporation, d/b/a Mushkin Enhanced MFG.<br><br>    Defendant. | Case No. 2: 17-cv-00656-WBS-EFB<br><br>**ORDER GRANTING MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT** |

Good cause having been shown, the parties' stipulation and request that the Court grant an extension of time for Defendant Mushkin, Inc. to file an answer or other response to the Complaint is hereby GRANTED.

Mushkin, Inc. shall file an answer or other response to the Complaint on or before June 19, 2017.

**IT IS SO ORDERED.**

Dated: April 21, 2017

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

- 1 -

58001351.2