# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Anza Technology, Inc.<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Mushkin, Inc., a Colorado corporation, d/b/a Mushkin Enhanced MFG.<br><br>　　　　Defendant. | Case No. 2: 17-cv-00656-WBS-EFB<br><br>**ORDER GRANTING MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT** |

Good cause having been shown, the parties' stipulation and request that the Court grant an extension of time for Defendant Mushkin, Inc. to file an answer or other response to the Complaint is hereby GRANTED. Mushkin, Inc. will file an answer or other response to the Complaint on or before August 18, 2017.

The initial Status (Pretrial Scheduling) Conference is rescheduled to **October 10, 2017, 1:30 PM, Courtroom 5**. The parties shall submit a Joint Status Report no later than **September 26, 2017**.

**IT IS SO ORDERED.**

**Dated: June 14, 2017**

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

58001351.2